```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARIM JONES,

                Plaintiff,

       -against-

CITY OF NEW YORK et al.,

                Defendants.

1:19-cv-10424 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that Plaintiff shall file his amended complaint by November 20, 2020 at 4:00 PM.  IT IS FURTHER ORDERED that, if Defendants respond with a motion to dismiss, Defendants shall file the motion to dismiss by December 18, 2020 at 4:00 PM.  Plaintiff shall respond by January 15, 2021 at 4:00 PM.  Defendants shall reply by January 29, 2021 at 4:00 PM.  Plaintiff and Plaintiff's counsel are on notice that further failures to comply with court orders may result in sanctions, including monetary sanctions and dismissal of this action.

**SO ORDERED.**

Date:  November 19, 2020
       New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1