**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KARIM JONES,

                     Plaintiff,

    -against-                                     19 **CIVIL** 10424 (MKV)

                                                    **JUDGMENT**

CITY OF NEW YORK, et al.,

                     Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order and Opinion dated September 30, 2021, Defendants' Motion to Dismiss is GRANTED in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York

      September 30, 2021

                                                     **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                              **BY:**     *K. Mango*
                                                       **Deputy Clerk**